**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 05-cv-01828 -REB-OES

QFA ROYALTIES LLC, and
QIP HOLDER, LLC,

      Plaintiffs,

v.

TINGLER MANAGEMENT, INC.,
DAVID TINGLER, and
ERIN TINGLER,

      Defendants.

---

## MINUTE ORDER

---

    Plaintiffs' Motion for Preliminary Injunction [#2], filed September 21, 2005, is STRICKEN for failure to comply REB Civ. Practice Standard V.A.1.

Dated:  September 26, 2005
-------------------------------------------------------------------------------------------------------------------