IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01828-REB-MEH

QFA ROYALTIES, LLC and
QIP HOLDER, LLC,

Plaintiffs,

v.

TINGLER MANAGEMENT, INC.,
DAVID TINGLER, and
ERIN TINGLER,

Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 11, 2006.**

The Court having been advised that this case has settled, the Motion to Vacate Hearings and Deadlines [Filed April 10, 2006; Docket #19] is **granted**. The scheduling/planning conference scheduled for April 17, 2006, at 9:30 a.m. is **vacated,** along with the parties' obligation to submit a proposed Scheduling Order and other responsibilities arising under the Federal Rules of Civil Procedure**.**

Settlement/dismissal documents shall be submitted to the Court on or before May 8, 2006, or this Court may recommend that this action be dismissed without any further notice or hearing.